UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY TORRES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 4:26cr104 |

**<u>O R D E R</u>**

Counsel in the above-captioned case have advised the Court that all pretrial motions filed in this case, on behalf of defendant Anthony Torres, have been complied with and/or resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

IT IS ORDERED that the Motion to Suppress (doc. 22) filed on behalf of the defendant is DISMISSED.

SO ORDERED, this 20th day of November, 2026.

Christopher L. Ray

______________________________
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA